# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                    Case No. 6:14-cr-151-Orl-18GJK

**REINALDO AGUIAR-LEDESMA,**

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO FORFEIT BAIL AND FOR ENTRY OF A DEFAULT JUDGMENT (Doc. No. 79)
>
> **FILED:** October 16, 2014
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Following his May 31, 2014, arrest for conspiracy to possess with the intent to distribute over 5 kilograms of cocaine, Defendant posted an unsecured bail bond in the amount of $50,000.00. *See* Doc. No. 79 at 1-2. After posting bond, Defendant failed to appear at the next scheduled hearing and his current whereabouts are unknown. Doc. No. 79 at 2. On October 16, 2014, pursuant to Rule 46(f), Federal Rules of Criminal Procedure, the Government filed a Motion to Forfeit Bail and for Entry of a Default Judgment (the "Motion"). Doc. No. 79. In the Motion, the Government requests that the Court enter an order declaring that Defendant has forfeited his bond, pursuant Rule 46(f)(1), Federal Rules of Criminal Procedure, because Defendant breached the conditions thereof by failing to appear at a scheduled hearing. Doc. No. 79 at 2-3. Pursuant to Rule 46(f)(3)(A), the Government

further requests that the Court enter a default judgment in the amount of $50,000.00 against the Defendant. Doc. No. 79 at 3-4. The Motion is unopposed. *See* Doc. No. 79 at 3.

The undersigned finds that the Defendant has not complied with the conditions of release by failing to appear for the September 16, 2014 change of plea hearing. *See* Doc. Nos. 8-9, 52, 57, 59, 65. Thus, Defendant has breached the conditions of his bond and, pursuant to Rule 46(f), the Court must declare the bail forfeited. *Id*. Furthermore, the Government is entitled to a default judgment to enforce the forfeiture. Fed. R. Crim. P. 46(f)(3)(A). Accordingly, it is **RECOMMENDED** that the Court:

1. **GRANT** the Motion (Doc. No. 79);

2. Declare the $50,000.00 bond forfeited; and

3. Enter a default judgment against the Defendant in favor of the Government.

Failure to file written objections to the proposed findings and recommendations contained in this report **within fourteen (14) days** from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal

**RECOMMENDED** in Orlando, Florida on October 20, 2014.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney

Defendant:    c/o counsel

Counsel of Record:

District Judge

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                                                                          **Case No.**

_____

## **ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

**DONE** and **ORDERED** in Orlando, Florida on this _____ day of November, 2013.

_____

GREGORY J. KELLY

UNITED STATES MAGISTRATE JUDGE

Copies furnished to: