UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 6:14-cr-151-Orl-18GJK

REINALDO AGUIAR-LEDESMA,

## ORDER

THIS CAUSE was referred to United States Magistrate Judge Gregory J. Kelly for a report and recommendation on Plaintiff United States of America's Motion to Forfeit Bail and for Entry of a Default Judgment (Doc. 79). Judge Kelly issued his Report and Recommendation on October 20, 2014 (Doc. 80). Having reviewed the Report and Recommendation (Doc. 80), and there being no objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 80) is **APPROVED** and **ADOPTED**.

2. The Court **GRANTS** Plaintiff United States of America's Motion to Forfeit Bail and for Entry of a Default Judgment (Doc. 79).

3. Defendant Reinaldo Aguiar-Ledesma's bond in the amount of $50,000.00 is declared **FORFEITED**.

4. The Clerk of the Court is directed to **ENTER DEFAULT JUDGMENT** against Defendant Reinaldo Aguiar-Ledesma and in favor of Plaintiff United States of America.

**DONE and ORDERED** in Orlando, Florida on this ___6___ day of November, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record